UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR DIONISIO-GUILLERMO,<br><br>Defendant. | 4:21-MJ-00209-VLD<br><br>MDPA 1:21-CR-343<br><br><br><br>FINDING OF IDENTITY |

This matter came before the court for an identity hearing on November 18, 2021, on an indictment and arrest warrant pending in the Middle District of Pennsylvania against defendant Salvador Dionisio-Guillermo. Mr. Dionisio-Guillermo appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by the Assistant United States Attorney.

Based upon the credible testimony and information submitted at the hearing, this court finds by clear and convincing evidence that the person brought before the court is Salvador Dionisio-Guillermo, the same person named in the indictment and arrest warrant from the Middle District of Pennsylvania. Specifically, the government showed that the fingerprints of the person brought before the court electronically matched fingerprints in the FBI and Immigration files of Salvador Dionisio-Guillermo, aka David Dionisio-Guillermo, aka Juan Alegria-Colin.

Furthermore, it was shown that David Dionicio-Guillermo was being supervised for a driving while intoxicated ("DUI") offense from Franklin County, Pennsylvania, with a disposition date of January 12, 2020. The government proved by clear and convincing evidence that David's Pennsylvania probation officer gave him permission to travel to Pierre, South Dakota, to work effective November 1, 2021. Evidence was adduced that the person before the court was arrested near Chamberlain, South Dakota, on November 17, 2021. Chamberlain, South Dakota, is approximately 60 miles from Pierre, South Dakota. Additionally, the disposition date for the DUI corresponds to the date in the indictment from the Middle District of Pennsylvania which indicates Salvator Dionicio-Guillermo was found to be in the United States in the Middle District of Pennsylvania in violation of the law on January 12, 2020.

Finally, the government adduced evidence that the person before the court had in his possession at the time of his arrest a Mexican passport in the name of David Dionicio-Guillermo and a Mexican Consular Identification Card in the same name. NCIC records link the fingerprints of the person before the court with the names Salvator Dionicio-Guillermo, David Dionicio-Guillermo, and Juan Alegria-Colin.

DATED this 18th day of November, 2021.

BY THE COURT:

*Veronica L. Duffy*
VERONICA L. DUFFY
United States Magistrate Judge